UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>A 2001 FORD F-150 TRUCK, )<br>*VIN: 2FTZX17281CA45634; AND ANY* )<br>*AND ALL ATTACHMENTS THEREON;* )<br>*AND ANY AND ALL PROCEEDS FROM* )<br>*THE SALE OF SAID PROPERTY*, )<br>    Defendant. )<br>) | **JUDGMENT**<br><br>No. 7:10-CV-157-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant is held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Department of Justice is hereby directed to dispose of the defendant according to law .

**This Judgment Filed and Entered on June 27, 2011, and Copies To:**
Stephen A. West (Via CM/ECF Notice of Electronic Filing)

<u>June 27, 2011</u>                 DENNIS P. IAVARONE, Clerk
Date                                   Eastern District of North Carolina
                                         <u>/s/ Debby Sawyer</u>
                                         (By) Deputy Clerk

Raleigh, North Carolina